# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOAN VAN BLARCOM, AN INDIVIDUAL,

Appellant,

vs.

SUN CITY MACDONALD RANCH COMMUNITY ASSOCIATION, INC., AN INDIVIDUAL,

Respondent.

No. 83924



**FILED**

JUL 05 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER REMOVING FROM SETTLEMENT PROGRAM AND REINSTATING BRIEFING

Pursuant to the recommendation of the settlement judge, this appeal is removed from the settlement program. *See* NRAP 16. Accordingly, we reinstate the deadlines for requesting transcripts and filing briefs.

Appellant shall have 14 days from the date of this order to file and serve a transcript request form. If no transcript is to be requested, appellant shall file and serve a certificate to that effect within the same time period. *See* NRAP 9(a). Further, appellant shall have 90 days from the date of this order to file and serve the opening brief and appendix. In preparing and assembling the appendix, counsel shall strictly comply with the provisions of NRAP 30. Thereafter, briefing shall proceed in accordance with NRAP 31(a)(1).

It is so ORDERED.

 C.J.

22-20990

cc: Paul M. Haire, Settlement Judge
The Law Offices of Laura Payne, Esq.
Olson, Cannon, Gormley, & Stoberski